FILED

12/03/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0605

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 24-0605

STATE OF MONTANA

Plaintiff and Appellee,

v.

SANDRA ARLENE MARTIN,

Defendant and Appellant.

**GRANT**

Pursuant to authority granted under Mont. R. App. P. 26(1), the Appellant is given an extension of time until January 13, 2025, to prepare, file, and serve the Appellant's opening brief.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
December 3 2024